**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**ANDREW J CRAMER,**

    Petitioner,                                                     **CASE NO. 2:11-CV-504**
                                                               **JUDGE FROST**
    **v.**                                                            **MAGISTRATE JUDGE KING**

**SHERI DUFFEY, WARDEN,**

    Respondent.

## ORDER

On February 3, 2012, the United States Magistrate Judge recommended that this petition for a writ of habeas corpus pursuant to 28 U.S.C. §254 be dismissed. *Report and Recommendation*, Doc. No. 18. Although the parties were advised of their right to object to the recommendation, and of the consequences of their failure to do so, no objections have been filed.

The *Report and Recommendation*, Doc. No. 18, is **ADOPTED and AFFIRMED**. This action is hereby **DISMISSED**.

The Clerk is **DIRECTED** to enter **FINAL JUDGMENT** in this case.

                                                     /s/ Gregory L. Frost
                                                        Gregory L. Frost
                                                United States District Judge