IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

ANDREW J. CRAMER,

    Petitioner,                            CASE NO. 2:11-CV-504
                                            Judge Frost
    v.                                         Magistrate Judge King

TIMOTHY BRUNSMAN, WARDEN,
Le.C.I.,

    Respondent.

## ORDER

Petitioner has filed a notice of appeal but has neither paid the filing fee nor sought leave to proceed on appeal *in forma pauperis*.

Petitioner is **ORDERED** to pay the full $455.00 filing fee within thirty (30) days or seek leave to proceed on appeal without prepayment of fees or costs. His failure to do so may result in the dismissal of his appeal.

                                                               *s/Norah McCann King*
                                                               Norah M<sup>c</sup>Cann King
                                                               United States Magistrate Judge

Date: June 4, 2012